SEMANU MILO
(Name)

P.O. BOX 1050 SVSP
(Address)

SOLEDAD, CA. 93960
(City, State, Zip)

P-78110
(CDC Inmate No.)

2254 ___ 1983 ✓
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ✓ No ___
COPIES SENT TO
Court ✓ ProSe ___

FILED

NOV 2 8 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# United States District Court
## Southern District of California

SEMANU MILO ,
(Enter full name of plaintiff in this action.)

                    Plaintiff,

v.

KEVIN R. FULLNER ,
J. DUESENBERG ,
M. BECERRA ,

(Enter full name of each defendant in this action.)

                    Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)

'07 CV 2255 JM    PCL

Civil Case No. _____
(To be supplied by Court Clerk)

Complaint Under the
Civil Rights Act
42 U.S.C. § 1983

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

_____

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Plaintiff, SEMANU MILO
(print Plaintiff's name)
_____, who presently resides at SALINAS VALLEY STATE
(mailing address or place of confinement)
PRISON, P.O. BOX 1050, SOLEDAD, CA. 93960 , were violated by the actions

of the below named individuals. The actions were directed against Plaintiff at CALIPATRIA

PRISON BOX 5002 CALIPATRIA CA on (dates) 04/27/01 , and ___ .
(institution/place where violation occurred)    (Count 1)    (Count 2)    (Count 3)

2. <u>Defendants</u>: (Attach same information on additional pages if you are naming more than 4 defendants.)

§ 1983 SD Form
(Rev 1/98)

K:\COMMON\EVERYONE\1983\1983\FORM COM

Defendant KEVIN R. FULLNER _____ resides in IMPERIAL COUNTY ,
         (name)                                      (County of residence)
and is employed as a CORRECTIONAL OFFICER _____ . This defendant is sued in
                     (defendant's position/title (if any))
his/her ☐ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting
under color of law: DEFENDANT IS EMPLOYED BY THE STATE OF
CALIFORNIA, DEPARTMENT OF CORRECTIONS AND REHABILITATION.

Defendant J. DUESENBERG _____ resides in IMPERIAL COUNTY ,
         (name)                                      (County of residence)
and is employed as a CORRECTIONAL OFFICER _____ . This defendant is sued in
                     (defendant's position/title (if any))
his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting
under color of law: DEFENDANT IS EMPLOYED BY THE STATE OF
CALIFORNIA, DEPARTMENT OF CORRECTIONS AND REHABILITATION

Defendant M. BECERRA _____ resides in IMPERIAL COUNTY ,
         (name)                                      (County of residence)
and is employed as a CORRECTIONAL OFFICER _____ . This defendant is sued in
                     (defendant's position/title (if any))
his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting
under color of law: DEFENDANT IS EMPLOYED BY THE STATE OF
CALIFORNIA, DEPARTMENT OF CORRECTIONS AND REHABILITATION

Defendant _____ resides in _____ ,
         (name)                                      (County of residence)
and is employed as a _____ . This defendant is sued in
                     (defendant's position/title (if any))
his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting
under color of law: _____

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

<u>Count 1</u>: The following civil right has been violated: <u>EIGHTH  AMENDMENT</u>

<u>FAILURE TO PROTECT</u>

(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

<u>Supporting Facts:</u>   [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

ON APRIL 27, 2001 AT APPROXIMATELY 1445 HOURS PLAINTIFF WAS ATTACKED, ASSAULTED AND STABBED BY INMATE T, NEWBERRY (D21791). PLAINTIFF WAS ASSIGNED TO THE FACILITY 'A'  A.M. YARD CREW AT CALIPATRIA STATE PRISON, CALIPATRIA CALIFORNIA. AT THE TIME OF THE INCIDENT, PLAINTIFF WAS IN A "SECURE" WORK AREA. PLAINTIFF'S ATTACKER SHOULD NOT HAVE BEEN IN THE SECURED AREA AS HE WAS NOT ASSIGNED TO THE AREA OR WORK CREW AND HIS SOLE PURPOSE TO BE IN THE AREA WAS TO ATTACK AND ASSAULT PLAINTIFF. DEFENDANTS K. FULLNER, J. DUESENBERG AND M. BECERRA WERE ASSIGNED TO AND HAD CONTROL OVER THE SECURE AREA. IT WAS GROSS NEGLIGENCE ON THE PART OF ALL THREE DEFENDANTS TO ALLOW PLAINTIFF'S ATTACKER TO PASS THROUGH TWO (2) LOCKED GATES, AND INTO THE SECURE AREA. DEFENDANTS WERE REQUIRED TO SEARCH ALL INMATES, INCLUDING ASSIGNED WORKERS BEFORE ALLOWING INMATES THROUGH A GATE OR INTO A SECURE AREA. DEFENDANTS DID NOT PERFORM THEIR ASSIGNED DUTIES AND ALLOWED PLAINTIFF'S ARMED ATTACKER INTO THE SECURED AREA WITH A WEAPON, WHICH THEN WAS USED TO SERIOUSLY INJURE PLAINTIFF. INJURIES THAT REQUIRED STITCHES IN TWO (2) PLACES, PUNCTURE WOUNDS, ETC. DEFENDANTS GROSSLY FAILED TO PROTECT PLAINTIFF. PLAINTIFF CONTINUES TO SUFFER FROM STRESS, DEPRESSION, NIGHTMERES AND OTHER EMOTIONAL PROBLEMS AS A RESULT OF THE INCIDENT.

§ 1983 SD Form
(Rev 5/98)

K:\COM\HOME\EVERYONE\1983\1983FORM.COM

Count 2:  The following civil right has been violated: _____

(E.g., right to medical care, access to courts,

_____
due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment,
etc.)

Supporting Facts:  [Include all facts you consider important to Count 2.  State what happened clearly and in
your own words.  You need not cite legal authority or argument.  Be certain to describe exactly what each defendant,
by name, did to violate the right alleged in Count 2.]

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____.

Count 3:  The following civil right has been violated:_____

(E.g., right to medical care, access to courts,

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts:   [Include all facts you consider important to Count 3.  State what happened clearly and in your own words.  You need not cite legal authority or argument.  Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

## D. Previous Lawsuits and Administrative Relief

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts

involved in this case? ☐ Yes ☐ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: SEMANU MILO

Defendants: SILVIA GARCIA, et al,

(b) Name of the court and docket number: U.S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA, CIVIL NO 04-0965-BTM (BLM)

(c) Disposition: [ For example, was the case dismissed, appealed, or still pending?] DISSMISSAL OF ACTION WITHOUT PREJUDICE

(d) Issues raised: EIGHTH AMENDMENT - FAILURE TO PROTECT



(e) Approximate date case was filed: APRIL 21, 2004

(f) Approximate date of disposition: AUGUST 22, 2005

2. Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.] ? ☒ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results.  If your answer is "No", briefly explain why administrative relief was not sought.

PLAINTIFF FILED A CDC INMATE/PAROLEE APPEAL FORM ON MAY 5, 2001, APRIL 13, 2004, FEBRUARY 15, 2006 PLAINTIFF HAS COMPLETED ALL AVAILABLE ADMINISTRAT- IVE REMEDIES.

**E. Request for Relief**

Plaintiff requests that this Court grant the following relief:

    1. An injunction preventing defendant(s): _____

_____

_____

_____.

    2. Damages in the sum of $ __480,000.00__ .

    3. Punitive damages in the sum of $ __480,000.00__ .

    4. Other: __ALL COURTS COSTS AND ATTORNEY FEES.__

_____.

**F. Demand for Jury Trial**

    Plaintiff demands a trial by ☒ Jury ☐ Court. (Choose one.)

**G. Consent to Magistrate Judge Jurisdiction**

    In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

    The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

    You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☐ Plaintiff consents to magistrate    **OR**    ☐ Plaintiff requests that a district judge
   judge jurisdiction as set forth                    be designated to decide dispositive
   above.                                 matters and trial in this case.

__11/25/07__
Date                                    Signature of Plaintiff

                                     SEMANU MILO

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**FILED**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

## I (a) PLAINTIFFS

Semanu Milo

**FILING FEE PAID**
Yes ___    No ✓

**IFP MOTION FILED**
Yes ✓    No ___

**COPIES SENT TO**
Court ___    Pro Se ___

DEFENDANTS

Fullner, et al

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF    Monterey
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Semanu Milo
PO Box 1050
Soledad, CA 93960
P-78110

ATTORNEYS (IF KNOWN)

'07 CV 2255 JM    PCL

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff

☐ 2 U.S. Government Defendant

☒ 3 Federal Question
(U.S. Government Not a Party)

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT
(For Diversity Cases Only)

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

### 42 U.S.C. 1983

## V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 540 Mandamus & Other | ☐ Security Act | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☒ 550 Civil Rights | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | | | | |

## VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removal from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

DEMAND $

Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY (See Instructions):

JUDGE                    Docket Number

DATE    11/28/2007    SIGNATURE OF ATTORNEY OF RECORD