IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED

NOV 2 8 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Semanu Milo P-78110

    Plaintiff,

    v.

Kevin R. Fullner
J. Duesenberg
M. Becerra

    Defendant.

CASE NO.

'07 CV 2255 JM    PCL

PETITIONER'S
IN FORMA PAUPERIS
APPLICATION

2254 __ 1983 ✓
FILING FEE PAID
Yes __ ) No __
IFP MOTION FILED
Yes ✓ ) No __
COPIES SENT TO
Court ✓ ProSe __

I, _____, declare under penalty of
perjury that I am the plaintiff in the above entitled case and that
the information I offer throughout this application is true and
correct. I offer this application in support of my request to
proceed without being required to prepay the full amount of fees,
costs or give security. I state that because of my poverty I am
unable to pay the costs of this action or give security, and that I
believe that I am entitled to relief.

In support of this application, I provide the following
information:

1. Are you presently employed?    Yes _____ No __✓__

If your answer is "yes," state both your gross and net salary or
wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the
amount of the gross and net salary and wages per month which you
received. (If you are imprisoned, specify the last place of
employment prior to imprisonment.)

_____

_____

1

2.  Have you received, within the past twelve (12) months, any money from any of the following sources:

    a.  Business, Profession or self employment            Yes _____ No __✓__

    b.  Income from stocks, bonds, or royalties?                    Yes _____ No __✓__

    c.  Rent payments?

    d.  Pensions, annuities, or life insurance payments?          Yes _____ No __✓__         Yes _____ No __✓__

    e.  Federal or State welfare payments, Social Security or other government source?     Yes _____ No __✓__

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

3.  Are you married?    Yes _____ No __✓__

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

4.  a.  List amount you contribute to your spouse's support:

$ _____

    b.  List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support:

_____

_____

5.  Do you own or are you buying a home?    Yes _____ No __✓__

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.  Do you own an automobile?    Yes _____ No __✓__

Make _____ Year _____ Model _____

2

Is it financed? Yes _____ No __✓__ If so, Total due: $ _____

Monthly Payment: $ _____

7.   Do you have a bank account?   (If you are a prisoner, include funds in your prison account, and provide the certificate attached, signed by an officer of the prison.)

Yes _____  No __✓___

Name(s) and address(es) of bank: _____

_____

Present balance(s):  $ _____

Do you own any cash?   Yes _____  No _____  Amount:  $ _____

Do you have any other assets?   (If "yes," provide a description of each asset and its estimated market value.)    Yes _____  No _____

8.   What are your monthly expenses? _____

Rent:  $ ____*None*_____    Utilities: ___*None*_____

Food:  $ _____*None*_____    Clothing: ___*None*_____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed On This Account |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9.   Do you have any other debts?   (List current obligations, indicating amounts and to whom they are payable.)

_____*None*_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

*November 25, 2007*
DATE

_____
SIGNATURE OF APPLICANT

4

Case Number:_____

## CERTIFICATE OF FUNDS

### IN

### PRISONER'S ACCOUNT

    I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _Semanu Milo_____ for the last six months at
[prisoner name]

_Salinas Valley State Prison_____ where (s)he is confined.
[name of institution]

    I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $_None_ and the average balance in the prisoner's account each month for the most recent 6-month period was $_None_.

Dated:_____

        _____
        Authorized officer of the institution