SEMANU MILO
PLAINTIFF/PETITIONER/MOVANT'S NAME

P-78 110
PRISON NUMBER

SALINAS VALLEY STATE PRISON
PLACE OF CONFINEMENT

BOX 1050, SOLEDAD CA 93960
ADDRESS

FILED
2007 DEC 26 PM 4:17
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

DEC 19 2007

# United States District Court
## Southern District Of California

MILO SEMANU,
Plaintiff/Petitioner/Movant

v.

KEVIN FULLNER, et al,
Defendant/Respondent

Civil No. 07-2255 JM (PCL)
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, MILO SEMANU, declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☒Yes ☐No  (If "No" go to question 2)
    If "Yes," state the place of your incarceration  SALINAS VALLEY STATE PRISON
    Are you employed at the institution?             ☒Yes ☐No
    Do you receive any payment from the institution? ☒Yes ☐No
    [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

2. Are you currently employed? ☐ Yes ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer._____
   _____
   _____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer._____
   _____
   _____

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment     ☐ Yes ☒ No
   b. Rent payments, royalties interest or dividends    ☐ Yes ☒ No
   c. Pensions, annuities or life insurance             ☐ Yes ☒ No
   d. Disability or workers compensation                ☐ Yes ☒ No
   e. Social Security, disability or other welfare      ☐ Yes ☒ No
   e. Gifts or inheritances                             ☐ Yes ☒ No
   f. Spousal or child support                          ☐ Yes ☒ No
   g. Any other sources                                 ☐ Yes ☒ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month._____
   _____
   _____

4. Do you have any checking account(s)?   ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts?   ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

6. Do you own an automobile or other motor vehicle?   ☐ Yes ☒ No
   a. Make:_____ Year:_____ Model:_____
   b. Is it financed? ☐ Yes ☐ No
   c. If so, what is the amount owed?_____

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes  ☒ No
   If "Yes" describe the property and state its value._____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support._____

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):_____

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]):_____

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses._____

I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.

12 / 18 / 07
DATE

SIGNATURE OF APPLICANT

If you are a **prisoner** you must have an officer from your institution provide this official certificate as to the amount of money in your prison account. There are no exceptions to this requirement.

### PRISON CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

RECEIVED DEC 1 9 2007

I certify that the applicant  SE MANU MILO (P-78110) ,
(NAME OF INMATE)

P78110 ,
(INMATE'S CDC NUMBER)

has the sum of $ _____ on account to his/her credit at _____

SALINAS VALLEY STATE PRISON, SOLEDAD, CA- 93960.
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities  None

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's *average monthly balance* was $ 1.27 ,

and the *average monthly deposits* to the applicant's account was $ 1.92 .

ALL PRISONERS **MUST** ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).

12/20/07
DATE

[signature]
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

D. BEZA
OFFICER'S FULL NAME (PRINTED)

ACCOUNTING OFFICER SUPV
OFFICER'S TITLE/RANK

CIV-67 (Rev. 9/97)        -4-        ::ODMA\PCDOCS\WORDPERFECT\22835\1

## TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
### (Incarcerated applicants only)

(This form MUST be completed by the prisoner requesting to proceed in forma pauperis. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed in forma pauperis.)

I, _____SEMANU MILO (P78110)_____, request and authorize the agency holding me in
(Name of Prisoner/ CDC No.)
custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☐ $150 (civil complaint) or ☐ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

__12/ 18 /07__    __[signature]__
DATE                  SIGNATURE OF PRISONER

1
2
3                                                    Case Number: _____
4
5
6
7
8
9                          CERTIFICATE OF FUNDS
10
                                      IN
11
                           PRISONER'S ACCOUNT
12

13     I certify that attached hereto is a true and correct copy of the prisoner's trust account
14 statement showing transactions of  SEMANU MNO  for the last six months
15 at

16     SALINAS VALLEY STATE PRISION
       ACCOUNTING DEPARTMENT                    [prisoner name]
17     P.O. BOX 1020
       SOLEDAD, CA 93960-1020                   where (s)he is confined.
18         [name of institution]

19     I further certify that the average deposits each month to this prisoner's account for the
20 most recent 6-month period were $ 1.92  and the average balance in the prisoner's
21 account each month for the most recent 6-month period was $ 1.27

22

23 Dated: 12/20/07
                                                    _____
24                                                  [Authorized officer of the institution]
25
26
27
28

```
REPORT ID: TS3030  .701                          REPORT DATE: 12/20/07
                                                      PAGE NO:       2
                        SALINAS VALLEY STATE PRISON
                        INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: JUN. 01, 2007 THRU DEC. 20, 2007

ACCT: P78110        ACCT NAME: MILO, SEMANU              ACCT TYPE: I
```

\* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 04/24/00                 CASE NUMBER: *99F02202
COUNTY CODE:   *SAC                      FINE AMOUNT: $   72,420.00

| DATE       | TRANS. | DESCRIPTION                 | TRANS. AMT. | BALANCE   |
|------------|--------|-----------------------------|-------------|-----------|
| 06/01/2007 |        | BEGINNING BALANCE           |             | 72,410.24 |
| 07/06/07   | VR54   | RESTITUTION DEDUCTION-SUPPORT | 2.50-     | 72,407.74 |
| 08/06/07   | VR54   | RESTITUTION DEDUCTION-SUPPORT | 3.82-     | 72,403.92 |
| 09/07/07   | VR54   | RESTITUTION DEDUCTION-SUPPORT | 0.88-     | 72,403.04 |
| 10/04/07   | VR54   | RESTITUTION DEDUCTION-SUPPORT | 5.57-     | 72,397.47 |
| 12/06/07   | VR54   | RESTITUTION DEDUCTION-SUPPORT | 4.55-     | 72,392.92 |
| 12/06/07   | VR54   | RESTITUTION DEDUCTION-SUPPORT | 4.92-     | 72,388.00 |

\* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT \*
\* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       \*

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.18 | 20.06 | 20.24 | 0.00 | 38.75 | 0.00 |

CURRENT AVAILABLE BALANCE

38.75-

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
    TRUST OFFICE

```
REPORT ID: TS3030 .701                                    REPORT DATE: 12/20/07
                                                          PAGE NO:          1
                       CALIFORNIA DEPARTMENT OF CORRECTIONS
                           SALINAS VALLEY STATE PRISON
                          INMATE TRUST ACCOUNTING SYSTEM
                          INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: JUN. 01, 2007 THRU DEC. 20, 2007

ACCOUNT NUMBER : P78110                   BED/CELL NUMBER: FAB3T1000000124U
ACCOUNT NAME   : MILO, SEMANU             ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                              TRUST ACCOUNT ACTIVITY

       TRAN
DATE   CODE  DESCRIPTION     COMMENT    CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
-----  ----  -----------    ----------  ---------   --------   -----------   -------

06/01/2007   BEGINNING BALANCE                                                  0.18

07/06*VD54 INMATE PAYROL 0070 P6/07                    2.25                     2.43
07/06 W213 FEDERAL FILIN 0083 STH                                    0.45       1.98
07/10 W512 LEGAL POSTAGE 0109 LPOST                                  0.46       1.52
07/11 W516 LEGAL COPY CH 0130 LCOPY                                  1.12       0.40
07/12 W515 COPY CHARGE   0149 /COPY                                  0.40       0.00
08/06*VD54 INMATE PAYROL 0414 P7/07                    3.44                     3.44
08/06 W213 FEDERAL FILIN 0423 STH                                    0.69       2.75
08/28 W536 COPAY CHARGE  0640 COPAY                                  2.75       0.00
09/07*VD54 INMATE PAYROL 0706 P8/07                    0.80                     0.80
09/07 W213 FEDERAL FILIN 0720 STH                                    0.16       0.64
09/17 W512 LEGAL POSTAGE 0827 LCOPY                                  0.64       0.00
10/04*VD54 INMATE PAYROL 0980 P9/07                    5.03                     5.03
10/04 W213 FEDERAL FILIN 0990 STH                                    1.01       4.02
10/15 W512 LEGAL POSTAGE 1072 ENVEL                                  0.90       3.12
10/16 W516 LEGAL COPY CH 1085 LCOPY                                  0.90       2.22
10/25 W516 LEGAL COPY CH 1186 LCOPY                                  0.57       1.65
10/29 W512 LEGAL POSTAGE 1201 LPOST                                  1.65       0.00
12/06*VD54 INMATE PAYROL 1490P11/07                    4.10                     4.10
12/06*VD54 INMATE PAYROL 1494P10/07                    4.44                     8.54
12/06 W213 FEDERAL FILIN 1501 STH                                    1.71       6.83
12/10 W516 LEGAL COPY CH 1531 LCOPY                                  6.83       0.00


                           CURRENT HOLDS IN EFFECT

  DATE        HOLD
 PLACED       CODE       DESCRIPTION              COMMENT         HOLD AMOUNT
----------    ----    --------------------       ----------       -----------

12/03/2007    H118    LEGAL COPIES HOLD          1465 LCOPY           12.30
12/03/2007    H118    LEGAL COPIES HOLD          1465 LCOPY            4.80
12/03/2007    H118    LEGAL COPIES HOLD          1465 LCOPY           18.60
12/03/2007    H109    LEGAL POSTAGE HOLD         1466 ENVEL            1.10
12/03/2007    H109    LEGAL POSTAGE HOLD         1467 ENVEL            1.35
12/12/2007    H110    COPIES HOLD                1566 COPY             0.60
```

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   SOUTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| SEMANU MILO,<br>CDCR #P-78110,<br><br>                    Plaintiff,<br><br>vs.<br><br>KEVIN FULLNER, et al.,<br><br>                    Defendants. | Civil No.   07-2255 JM (PCL)<br><br>**ORDER DENYING MOTION TO PROCEED *IN FORMA PAUPERIS* AND DISMISSING CASE WITHOUT PREJUDICE PURSUANT TO<br>28 U.S.C. § 1915(a)**<br><br>[Doc. No. 2] |

Semanu Milo ("Plaintiff"), a state prisoner currently incarcerated at Salinas Valley State Prison located in Soledad, California, and proceeding pro se, has submitted a civil rights Complaint pursuant to 28 U.S.C. § 1983.

Plaintiff has not prepaid the $350 filing fee mandated by 28 U.S.C. § 1914(a); instead, he has filed a Motion to Proceed *In Forma Pauperis* ("IFP") pursuant to 28 U.S.C. § 1915(a) [Doc. No. 2].

I.   **MOTION TO PROCEED IFP**

Effective April 9, 2006, all parties instituting any civil action, suit or proceeding in a district court of the United States, except an application for writ of habeas corpus, must pay a filing fee of $350. *See* 28 U.S.C. § 1914(a). An action may proceed despite a party's failure to pay only if the party is granted leave to proceed in forma pauperis ("IFP") pursuant to 28 U.S.C.

§ 1915(a). *See Andrews v. Cervantes*, 493 F.3d 1047, 1051 (9th Cir. 2007); *Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999). Prisoners granted leave to proceed IFP however, remain obligated to pay the entire fee in installments, regardless of whether the action is ultimately dismissed for any reason. *See* 28 U.S.C. § 1915(b)(1) & (2).

Prisoners seeking leave to proceed IFP must also submit a "certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint...." 28 U.S.C. § 1915(a)(2). From the certified trust account statement, the Court must assess an initial payment of 20% of (a) the average monthly deposits in the account for the past six months, or (b) the average monthly balance in the account for the past six months, whichever is greater, unless the prisoner has no assets. *See* 28 U.S.C. § 1915(b)(1), (4); *see also Taylor v. Delatoore*, 281 F.3d 844, 850 (9th Cir. 2002). Thereafter, the institution having custody of the prisoner must collect subsequent payments, assessed at 20% of the preceding month's income, in any month in which the prisoner's account exceeds $10, and forward those payments to the Court until the entire filing fee is paid. *See* 28 U.S.C. § 1915(b)(2).

While Plaintiff has filed a Motion to Proceed IFP in this matter pursuant to 28 U.S.C. § 1915(a), he has not attached a certified copy of his prison trust account statement for the 6-month period immediately preceding the filing of his Complaint. *See* 28 U.S.C. § 1915(a)(2); S.D. CAL. CIVLR 3.2. Section 1915(a)(2) clearly mandates that prisoners "seeking to bring a civil action ...without prepayment of fees ... *shall* submit a certified copy of the trust fund account statement (or institutional equivalent) ... for the 6-month period immediately preceding the filing of the complaint." 28 U.S.C. § 1915(a)(2) (emphasis added).

Without Plaintiff's trust account statement, the Court is simply unable to assess the appropriate amount of the filing fee required to initiate this action. *See* 28 U.S.C. § 1915(b)(1). Therefore, Plaintiff's Motion to Proceed IFP must be DENIED.

## II. CONCLUSION AND ORDER

For the reasons set forth above, **IT IS ORDERED** that:

(1)   Plaintiff's Motion to Proceed IFP [Doc. No. 2] is **DENIED**.

1  (2) This action is **DISMISSED** without prejudice for failure to prepay the $350 filing
2  fee mandated by 28 U.S.C. § 1914(a), and for failure to successfully move to proceed IFP
3  pursuant to 28 U.S.C. § 1915(a).
4  (3) Plaintiff if GRANTED forty-five (45) days from the date this Order is Filed to
5  either (1) pay the entire $350 filing fee, or (2) file a new Motion to Proceed IFP, which
6  includes a certified copy of his trust account statement for the 6-month period preceding the
7  filing of his Complaint pursuant to 28 U.S.C. § 1915(a)(2) and S.D. CAL. CIVLR 3.2(b).
8  **IT IS FURTHER ORDERED** that the Clerk of the Court shall provide Plaintiff with a
9  Court-approved form "Motion and Declaration in Support of Motion to Proceed IFP" in this
10 matter. If Plaintiff neither pays the $350 filing fee in full nor sufficiently completes and files the
11 attached Motion to Proceed IFP, together with a certified copy of his prison trust account
12 statement within 45 days, this action shall remained closed without further Order of the Court.
13 DATED: November 30, 2007

Hon. Jeffrey T. Miller
United States District Judge

SEMANU MILO VS. KEVIN FULLNER, et al
CIVIL NO 07-2255 JM (PCL)
Case 3:07-cv-02255-JM-PCL   Document 4   Filed 12/26/2007   Page 12 of 12

**STATE OF CALIFORNIA**                                    **COUNTY OF MONTEREY**

(C.C.P. SEC. 466 & 2015.5; 28 U.S.C. SEC 1746)

I, __MILO, SEMANU (P-78110)__ declare under penalty of perjury that: I am the __PLAINTIFF__ in the above entitled action; I have read the foregoing documents and know the contents thereof and the same is true of my own knowledge, except as to matters stated therein upon information, and belief, and as to those matters, I believe they are true.

Executed this __18__ day of __DECEMBER__, 20__07__, at Salinas Valley State Prison, Soledad, CA 93960-1050.

(Signature) _____
DECLARANT/PRISONER

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## PROOF OF SERVICE BY MAIL

(C.C.P. SEC 1013(a) & 2015.5; 28 U.S.C. SEC. 1746)

I, __SEMANU MILO__, am a resident of California State Prison, I the County of Monterey, State of California; I am over the age of eighteen (18) years and am/~~am not~~ a party of the above entitled action. My state prison address is: P.O. Box 1050, Soledad, CA 93960-1050.

On __DECEMBER 18,__ 20__07__, I served the foregoing: __APPLICATION TO PROCEED IN FORMA PAUPERIS PURSUANT TO 28 USC § 1915__

(Set forth exact title of document(s) served)

On the party(s) herein by placing a true copy(s) thereof, enclosed in sealed envelope(s), with postage thereof fully paid, ~~in the United States Mail~~, in a deposit box so provided at Salinas Valley State Prison, Soledad, CA 93960-1050. __VIA INSTITUTIONAL MAIL__

__TRUST OFFICE SUPERVISOR__
__SALINAS VALLEY STATE PRISON__
__P.O. BOX 1020__
__SOLEDAD, CA 93960__

(List parties served)

There is delivery service by United States Mail at the place so addressed, and/or there is regular communication by mail between the place of mailing and the place so addressed.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: __12/18/__, 20__07__         _____
                                       DECLARANT/PRISONER