# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Semanu Milo

V.

Kevin R Fullner, Correctional Officer;
J Duesenberg, Correctional Officer;
M Becerra, Correctional Officer

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:    07cv2255-JM (PCL)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[x] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiff's Complaint in Civil Case No. 07cv2255 JM (PCL) is Dismissed as frivolous pursuant to 28 U.S.C. § 1915A(b)(1). Plaintiff's Motion to Proceed In Forma Pauperis is Denied as moot. The Clerk shall close the file.

|  |  |
|---|---|
| March 3, 2008 | W. Samuel Hamrick, Jr. |
| Date | Clerk |
|  | s/ L Odierno |
|  | (By) Deputy Clerk |
|  | ENTERED ON March 3, 2008 |